**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Massachusetts
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   ESG Clean Energy LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   8 1 – 4 1 5 7 0 7 6

4. **Debtor's address**

   **Principal place of business**

   1111 Elm Street, Suite 38
   Number    Street

   West Springfield    MA    01089
   City              State  ZIP Code

   Hampden
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)

Debtor  ESG Clean Energy LLC  
Name

Case number (*if known*)_____

6. **Type of debtor**

   XX Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ❑ Partnership (excluding LLP)  
   ❑ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
   ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
   ❑ Railroad (as defined in 11 U.S.C. § 101(44))  
   ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
   ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
   ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))  
   XX None of the above

   B. *Check all that apply:*

   ❑ Tax-exempt entity (as described in 26 U.S.C. § 501)  
   ❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)  
   ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ❑ Chapter 7  
   ❑ Chapter 9  
   XX Chapter 11. *Check all that apply*:

       Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ❑ A plan is being filed with this petition.

   ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ❑ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ❑ No  
   XX Yes.  District  Massachusetts    When  04/30/2025   Case number 25-30267-EDK  
                                        MM / DD / YYYY  
           District _____  When _____ Case number _____  
                                        MM / DD / YYYY

Debtor   ESG Clean Energy LLC   Case number (*if known*)_____
       *Name*

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br> List all cases. If more than 1, attach a separate list. | XX  No <br> ☐ Yes. Debtor_____ Relationship_____ <br> District_____ When ___/___/___ MM / DD / YYYY <br> Case number, if known_____ |
| **11. Why is the case filed in *this district*?** | *Check all that apply:* <br> XX  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | XX No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** (*Check all that apply*.) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>    What is the hazard?_____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br><br> **Where is the property?** _____ <br>      Number    Street <br> _____ <br> _____     ___ _____ <br> City        State ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>      Contact name _____ <br>      Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* <br> XX  Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | XX 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000 <br> ☐ 50-99     ☐ 5,001-10,000     ☐ 50,001-100,000 <br> ☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000 <br> ☐ 200-999 |

Debtor  ESG Clean Energy LLC
Name

Case number (*if known*)

| | | | |
|---|---|---|---|
| 15. **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>XX $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>XX $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/22/2025
MM  /  DD  / YYYY

✗ /S/ Nicholas J. Scuderi                          Nicholas J. Scuderi
Signature of authorized representative of debtor    Printed name

Title  Manager

18. **Signature of attorney**

✗ /s/ James P. Ehrhard                              Date  07/22/2025
Signature of attorney for debtor                    MM  / DD  / YYYY

James P. Ehrhard, Esq.
Printed name

Number      Street
27 Mechanic Street, Worcester        MA        01608
City                                  State     ZIP Code

508.791.8411                          ehrhard@ehrhardlaw.com
Contact phone                         Email address

651797                                MA
Bar number                            State

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

| Debtor | ESG Clean Energy LLC | Case number (*if known*) |
|---|---|---|
| | Name | |