**Fill in this information to identify the case:**

Debtor name __ESG Clean Energy LLC__ _____

United States Bankruptcy Court for the: _____ _____ District     **MA**
(State)

Case number (If known): _____

❑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    XX   No. Go to Part 2.
    ❑   Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** ............................................................................... $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Berkshire Bank | Checking | ___ ___ ___ ___ | $0.00 |
| 3.2. | | | _____ |

4. **Other cash equivalents** *(Identify all)*

    4.1. _____     $_____
    4.2. _____     $_____

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $0.00 |
|---|

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    XX    No. Go to Part 3.
    ❑    Yes. Fill in the information below.

    Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

    7.1. _____     $_____
    7.2. _____     $_____

Debtor    **ESG Clean Energy LLC**
          Name
                                                                    Case number *(if known)* **25-30444-EDK**

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                     | $0.00 |

---

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

XX No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |

**11. Accounts receivable**

11a. 90 days old or less:  _____ – _____ =.........➜    $_____
                            face amount        doubtful or uncollectible accounts

11b. Over 90 days old:  _____ – _____ =.........➜    $_____
                         face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      | $0.00 |

---

## Part 4:  Investments

**13. Does the debtor own any investments?**

XX No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                     % of ownership:

15.1. ESG H-1 _____    100.00 %    _____    $ unknown

15.2. ESG H-2 _____    100.00 %    _____    $ unknown

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.      | $0.00 |

---

Debtor   **ESG Clean Energy LLC**
Name

Case number *(if known)* **25-30444-EDK**

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

XX No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $0.00 |
|---|

**24. Is any of the property listed in Part 5 perishable?**

XX   No

☐   Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

XX   No

☐   Yes.  Book value _____  Valuation method_____  Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

XX   No

☐   Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

XX No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

---

Debtor      ESG Clean Energy LLC                                    Case number *(if known)* __25-30444-EDK__
                 Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                              $0.00

34. **Is the debtor a member of an agricultural cooperative?**

XX No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐  No

☐  Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

XX No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

XX No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

XX No

☐ Yes

Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

XX No. Go to Part 8.

Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | _____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                              $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

XX No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

XX No

☐ Yes

Debtor   **ESG Clean Energy LLC**
Name

Case number *(if known)* **25-30444-EDK**

---

| **Part 8:** | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

XX No. Go to Part 9.

☐ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____ $_____ _____ $_____
47.2 _____ $_____ _____ $_____
47.3 _____ $_____ _____ $_____
47.4 _____ $_____ _____ $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____ $_____ _____ $_____
48.2 _____ $_____ _____ $_____

49. **Aircraft and accessories**

49.1 _____ $_____ _____ $_____
49.2 _____ $_____ _____ $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____ $_____ _____ $_____

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
XX   No
☐   Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
XX   No
☐   Yes

Debtor  **ESG Clean Energy LLC**                              Case number *(if known)* __25-30444-EDK__
        Name

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

XX  No. Go to Part 10.

☐  Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>For current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

XX  No

☐  Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

XX  No

☐  Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐  No. Go to Part 11.

XX Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>ESGCleanenergy.com | $_____ | _____ | $ unknown |
| **62. Licenses, franchises, and royalties**<br>Scuderi Group | $_____ | _____ | $ unknown |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $ unknown |
|---|

---

Debtor    ESG Clean Energy LLC
    Name
    Case number (if known) 25-30444-EDK

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

XX   No

❑   Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

XX   No

❑   Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

XX   No

❑   Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

XX   No. Go to Part 12.

❑   Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➜   $_____
    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   $_____
_____    Tax year _____   $_____
_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❑   No

❑   Yes

Debtor    **ESG Clean Energy LLC**    Case number *(if known)* **25-30444-EDK**
Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 0.00 | |
| 88. Real property. *Copy line 56, Part 9* ................................................➔ | | $ 0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 0.00 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................... $ 0.00

| Fill in this information to identify the case: |
|---|
| Debtor name __E S G   C l e a n   E n e r g y   L L C__ |
| United States Bankruptcy Court for the: _____ District of __MA__ |
| (State) |
| Case number (If known): __2 5 - 3 0 4 4 4 - E D K__ |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   XX Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

**2.1** **Creditor's name**
Collier's

**Describe debtor's property that is subject to a lien**
ESG-H2, LLC equipment and assets                    $16,200,000.00      $ Unknown

**Creditor's mailing address**
Collier's
1140 Bay St. Suite 4000
Toronto, Ontario M5S 2B4
Canada

**Describe the lien**
UCC-lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
xx No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account**

**Is anyone else liable on this claim?**
No

**number** _____

xx Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
XX No

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
XX Disputed

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**2.2** **Creditor's name**

Collier's

**Describe debtor's property that is subject to a lien**

ESG-H1, LLC                     $6,000,000.00        $Unknown

**Creditor's mailing address**

Collier's
1140 Bay St. Suite 4000
Toronto, Ontario M5S 2B4
Canada

**Describe the lien**

UCC-lien

**Is the creditor an insider or related party?**

XX No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Creditor's email address, if known**

XX Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

XX No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $22,600,000.00

| Debtor | ESG Clean Energy LLC | Case number *(if known)* 25-30444-EDK |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name

Reliance Capital

**Creditor's mailing address**

633 167th Street, Suite 804
North Miami, FL 33162

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 400,000.00     $ Unknown

**Describe the lien**

**Is the creditor an insider or related party?**
XX No
☐ Yes

**Is anyone else liable on this claim?**
XX No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** Creditor's name

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    ESG Clean Energy LLC
_____
Name

Case number (if known) 25-30444-EDK
_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Colliers<br>c/o Paul Carey, Esq.<br>Mirick O'Connell<br>100 Front Street<br>Worcester, MA 01608 | Line 2.1 | |
| | Line 2. | ___ ___ ___ ___ |
| | Line 2. | ___ ___ ___ ___ |
| | Line 2. | ___ ___ ___ ___ |
| | Line 2. | ___ ___ ___ ___ |
| | Line 2. | ___ ___ ___ ___ |
| | Line 2. | ___ ___ ___ ___ |
| | Line 2. | ___ ___ ___ ___ |
| | Line 2. | ___ ___ ___ ___ |
| | Line 2. | ___ ___ ___ ___ |
| | Line 2. | ___ ___ ___ ___ |
| | Line 2. | ___ ___ ___ ___ |
| | Line 2. | ___ ___ ___ ___ |

Line 2.

___  ___  ___  ___

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | ESG Clean Energy LLC |
| United States Bankruptcy Court for the: | District of __MA__ (State) |
| Case number (If known): | 25-30444-EDK |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - XX No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___)

As of the petition filing date, the claim is: $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $_____   Priority amount: $_____

**2.2** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___)

As of the petition filing date, the claim is: $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**2.3** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___)

As of the petition filing date, the claim is: $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Alarm Works Corporation

637 Front Street

Chicopee, MA 01013

Date or dates debt was incurred _____

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  contract

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,000.00

**3.2** Nonpriority creditor's name and mailing address

Allan Smith

90 Stevens Street

Windsor Locks, CT 06096

Date or dates debt was incurred _____

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  contract

Is the claim subject to offset?
☒ No
☐ Yes

$ 22,400.00

**3.3** Nonpriority creditor's name and mailing address

Anthony Mozdzanowski

405 Adams Street
Agawam, MA 01001

Date or dates debt was incurred _____

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  contract

Is the claim subject to offset?
☒ No
☐ Yes

$ 22,400.00

**3.4** Nonpriority creditor's name and mailing address

ASTA-USA Translation Services, Inc.

P.O. Box 22259

Cheyenne, WY 82003

Date or dates debt was incurred _____

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  contract

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,625.00

**3.5** Nonpriority creditor's name and mailing address

Borawski Insurance

88 King Street, St B

Northampton, MA

01060

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000.00

Date or dates debt was incurred _____ Last 4 digits of account number

Basis for the claim: __contract__         Is the claim subject to offset?
XX  No                                              [
    Yes

As of the petition filing date, the claim is:

---

**Additional Page**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

3.**6**  Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $103,000.00
                                                              *Check all that apply.*
    _Automated Logic Contracting Services, Inc._                   Contingent
                                                                   Unliquidated
                                                                   Disputed
    _c/o Morrison Law Office_
    _24 Cabot Street, Beverly, MA 01915_                      Liquidated and neither contingent nor
    _____                        disputed

                                                              Basis for the claim: _____

    Date or dates debt was incurred _____        Is the claim subject to offset?
                                                       ☐ XX No
    Last 4 digits of account number                        Yes

3.**7**  Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $ _Unknown_
                                                              *Check all that apply.*
    _Bovenzi & Donovan_                                            Contingent
    14 Manning Ave, Suite 500                                      Unliquidated
    Leominster, MA                                                 Disputed
    _____

                                                              Basis for the claim: _legal services_
    Date or dates debt was incurred _____        Is the claim subject to offset?
                                                       ☐XX No
    Last 4 digits of account number                        Yes

3.**8**  Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $50,000.00
                                                              *Check all that apply.*
    Charles Benson
    401 East 8th Street
    ~~Sioux Falls, SD 57103~~
    _____                    Contingent
                                                              Unliquidated
                                                              Disputed
    _____

                                                              Basis for the claim: _contract_
    Date or dates debt was incurred _____        Is the claim subject to offset?
                                                       ☐XX NO
    Last 4 digits of account number                        Yes
3.**9**  Nonpriority creditor's name and mailing address
    Craig Gordnier
    23 Stockbridge Road
    West Stockbridge, MA 01266
                                                              As of the petition filing date, the claim is:      $ _35,000.00_
    _____                    *Check all that apply.*
                                                              Contingent
                                                              Unliquidated
                                                              Disputed
    _____

                                                              Basis for the claim: _contract_
    Date or dates debt was incurred _____        Is the claim subject to offset?
                                                       ☐XX No
    Last 4 digits of account number                        Yes
3.___  Nonpriority creditor's name and mailing address

                                                              As of the petition filing date, the claim is:      $5
                                                              *Check all that apply.*

Date or dates debt was incurred _____ Last 4 digits of account number _____

Basis for the claim: __contract_____ Is the claim subject to offset?
XX   No
      Yes                                                    [

As of the petition filing date, the claim is:

**Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| 3.10 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $558.00 |
| CT Corporation | Contingent<br>Unliquidated<br>Disputed |
| P.O. Box 4349<br>Carol Stream, IL 60619 | Liquidated and neither contingent nor disputed |
| | Basis for the claim: __contract__ |
| Date or dates debt was incurred _____ | Is the claim subject to offset?<br>☐ XX No<br>     Yes |
| Last 4 digits of account number | |

| | |
|---|---|
| 3.11 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $ 10,000.00 |
| Dave Malek<br>15 Norotuck Drive<br>Hadley, MA 01085 | Contingent<br>Unliquidated<br>Disputed |
| | Basis for the claim: contract |
| Date or dates debt was incurred _____ | Is the claim subject to offset?<br>☐XX No<br>     Yes |
| Last 4 digits of account number | |

| | |
|---|---|
| 3.12 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* $61,751.00 |
| DDK & Company LLP<br>15 Jericho Quadrangle, Suite 220<br>Jericho, NY 11753 | |
| | Contingent<br>Unliquidated<br>Disputed |
| | Basis for the claim: contract |
| Date or dates debt was incurred _____ | Is the claim subject to offset?<br>☐XX No<br>     Yes |
| Last 4 digits of account number | |

| | |
|---|---|
| 3.13 Nonpriority creditor's name and mailing address<br>Deyerling Corporate Finance<br>Frankfurt, Germany | |
| | As of the petition filing date, the claim is: *Check all that apply* $ 33,854.20<br>Contingent<br>Unliquidated<br>Disputed |
| | Basis for the claim: __contract__ |
| Date or dates debt was incurred _____ | Is the claim subject to offset?<br>☐XX No<br>     Yes |
| Last 4 digits of account number | |

| | |
|---|---|
| 3.__ Nonpriority creditor's name and mailing address | |
| | As of the petition filing date, the claim is: *Check all that apply.* $5 |

Date or dates debt was incurred _____ Last 4 digits of account number

Basis for the claim: __contract_____ Is the claim subject to offset?
XX   No
     Yes

As of the petition filing date, the claim is:

| | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.14** Nonpriority creditor's name and mailing address

Ferdinand Schmidt

12 Burlington Avenue
Melville, NY 11747

As of the petition filing date, the claim is:
Check all that apply.
  Contingent
  Unliquidated
  Disputed

  Liquidated and neither contingent nor
  disputed

Basis for the claim: __contract_____

Date or dates debt was incurred _____

Last 4 digits of account number

Is the claim subject to offset?
☐ XX No
     Yes

$56,000.00

**3.15** Nonpriority creditor's name and mailing address

Guardian
P.O. Box 824404
Philadelphia, PA 19182

As of the petition filing date, the claim is:
Check all that apply.
  Contingent
  Unliquidated
  Disputed

Basis for the claim: contract

Date or dates debt was incurred _____

Last 4 digits of account number

Is the claim subject to offset?
☐XX No
     Yes

$ 639.48

**3.16** Nonpriority creditor's name and mailing address

Harvard Pilgrim Health
P.O. Box 970050
Boston, MA 02297

As of the petition filing date, the claim is:
Check all that apply.

  Contingent
  Unliquidated
  Disputed

Basis for the claim: contract

Date or dates debt was incurred _____

Last 4 digits of account number

Is the claim subject to offset?
☐XX No
     Yes

$44,157.58

**3.17** Nonpriority creditor's name and mailing address
Headway Capital
4700 West Daybreak Pkwy, Suite 200
South Jordan, UT 84009

As of the petition filing date, the claim is:
Check all that apply.
  Contingent
  Unliquidated
  Disputed

Basis for the claim: contract

Date or dates debt was incurred _____

Last 4 digits of account number

Is the claim subject to offset?
☐XX No
     Yes

$ Unknown

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

$5

Date or dates debt was incurred _____ Last 4 digits of account number _____

Basis for the claim: ___contract___ Is the claim subject to offset?
XX  No
    Yes

As of the petition filing date, the claim is:

████ **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.18** Nonpriority creditor's name and mailing address

    Heslin Rothenberg Farley & Mesiti, P.C.

    5 Columbia Circle
    Albany, NY 12203

As of the petition filing date, the claim is:
*Check all that apply.*
  Contingent
  Unliquidated
  Disputed

  Liquidated and neither contingent nor
  disputed

Basis for the claim: ___contract___

Date or dates debt was incurred _____
Last 4 digits of account number

Is the claim subject to offset?
☐ XX No
    Yes

$5,230.00

**3.19** Nonpriority creditor's name and mailing address

Holyoke Gas & Electric
99 Suffolk Street
Holyoke, MA 01040

As of the petition filing date, the claim is:
*Check all that apply.*
  Contingent
  Unliquidated
  Disputed

Basis for the claim: ___contract___

Date or dates debt was incurred _____
Last 4 digits of account number

Is the claim subject to offset?
☐XX No
    Yes

$ Unknown

**3.20** Nonpriority creditor's name and mailing address

  Iron Mountain
  P.O. Box 27128
  New York, NY 10087

  Contingent
  Unliquidated
  Disputed

Basis for the claim: ___contract___

Date or dates debt was incurred _____
Last 4 digits of account number

Is the claim subject to offset?
☐XX No
    Yes

$4,778.49

**3.21** Nonpriority creditor's name and mailing address
James Choquette
5 Wentworth Manor Drive
Amherst, NY 01002

As of the petition filing date, the claim is:
*Check all that apply*
Contingent
Unliquidated
Disputed

Basis for the claim: ___contract___

Date or dates debt was incurred _____
Last 4 digits of account number

Is the claim subject to offset?
☐XX No
    Yes

$ 40,000.00

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$_____

Date or dates debt was incurred _____ Last 4 digits of account number _____

Basis for the claim: _____ Is the claim subject to offset?
XX  No
    Yes

As of the petition filing date, the claim is:

## Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.22** Nonpriority creditor's name and mailing address

John Derosa

4 Walker Lane
Woodbridge, CT 06525

As of the petition filing date, the claim is:
*Check all that apply*
    Contingent
    Unliquidated
    Disputed

    Liquidated and neither contingent nor
    disputed

Basis for the claim:  contract

$5,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ XX No
    Yes

**3.23** Nonpriority creditor's name and mailing address

John Osterman
1800 Fall Creek Lane
Prescott, AZ 86303

As of the petition filing date, the claim is:
*Check all that apply.*
    Contingent
    Unliquidated
    Disputed

Basis for the claim: contract

$ 75,600.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐XX No
    Yes

**3.24** Nonpriority creditor's name and mailing address

Joseph Zuffelato
22 Wildflower Lane
Agawam, MA 01001

As of the petition filing date, the claim is:
*Check all that apply*

    Contingent
    Unliquidated
    Disputed

Basis for the claim: contract

$16,800.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☐XX No
    Yes

Last 4 digits of account number _____

**3.25** Nonpriority creditor's name and mailing address
Joseph Giordano
227 Scenic Drive
Gilford, NH 03249

As of the petition filing date, the claim is:
*Check all that apply*
Contingent
Unliquidated
Disputed

Basis for the claim:  contract

$ 300,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐XX No
    Yes

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$_____

Debtor     Case 25-30444    Doc 15    Filed 08/19/25    Entered 08/19/25 01:44:20    Desc Main
Name
Document     Page 22 of 44

Date or dates debt was incurred _____ Last 4 digits of account number

Basis for the claim: _____ Is the claim subject to offset?
XX   No                         |
     Yes

As of the petition filing date, the claim is:

## Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.26** Nonpriority creditor's name and mailing address

Kevin Garvey

P.O Box 1912
Westfield, MA 01086

As of the petition filing date, the claim is:
*Check all that apply.*
   Contingent
   Unliquidated
   Disputed

   Liquidated and neither contingent nor disputed

Basis for the claim: contract

Date or dates debt was incurred _____

Last 4 digits of account number

Is the claim subject to offset?
☐ XX No
    Yes

$40,000.00

**3.27** Nonpriority creditor's name and mailing address

Kevin Keeley
18 Oakridge Drive
Feeding Hills, MA 01030

As of the petition filing date, the claim is:
*Check all that apply.*
Contingent
Unliquidated
Disputed

Basis for the claim: contract

Date or dates debt was incurred _____

Last 4 digits of account number

Is the claim subject to offset?
☐XX No
    Yes

$ 36,900.00

**3.28** Nonpriority creditor's name and mailing address

Mass Dept. of Revenue – Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204

As of the petition filing date, the claim is:
*Check all that apply*

Contingent
Unliquidated
Disputed

Basis for the claim: taxes

Date or dates debt was incurred _____

Last 4 digits of account number

Is the claim subject to offset?
☐XX No
    Yes

$Unknown

**3.29** Nonpriority creditor's name and mailing address
Mass Dept. of Unemployment Assistance
100 Cambridge Street, Suite 400
Boston, MA 02114

As of the petition filing date, the claim is:
*Check all that apply*
Contingent
Unliquidated
Disputed

Basis for the claim: tax obligation

Date or dates debt was incurred _____

Last 4 digits of account number

Is the claim subject to offset?
☐XX No
    Yes

$ Unknown

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$_____

Date or dates debt was incurred _____ Last 4 digits of account number _____

Basis for the claim: _____ Is the claim subject to offset?

XX  No

Yes

As of the petition filing date, the claim is:

## Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.30** Nonpriority creditor's name and mailing address

Medeiros Real Estate

P.O Box 68
Wilbraham, MA 01095

As of the petition filing date, the claim is:
*Check all that apply.*
Contingent
Unliquidated
Disputed

Liquidated and neither contingent nor disputed

Basis for the claim:  contract

$22,800.00

Date or dates debt was incurred _____

Last 4 digits of account number

Is the claim subject to offset?
☐  XX  No
Yes

**3.31** Nonpriority creditor's name and mailing address

Paragus Strategic IT
112 Russell Street
Hadley, MA 01035

As of the petition filing date, the claim is:
*Check all that apply.*
Contingent
Unliquidated
Disputed

Basis for the claim:  contract

$ 17,054.09

Date or dates debt was incurred _____

Last 4 digits of account number

Is the claim subject to offset?
☐ XX No
Yes

**3.32** Nonpriority creditor's name and mailing address

Patrick Cuozzo
194 W. Sylvania Ave
Neptune City, NJ 07753

As of the petition filing date, the claim is:
*Check all that apply.*

Contingent
Unliquidated
Disputed

Basis for the claim:  contract

$10,000.00

Date or dates debt was incurred _____

Last 4 digits of account number

Is the claim subject to offset?
☐ XX No
Yes

**3.33** Nonpriority creditor's name and mailing address
Randy Barr
70 Merriweather Drive
Longmeadow, MA 01106

As of the petition filing date, the claim is:
*Check all that apply.*
Contingent
Unliquidated
Disputed

Basis for the claim:  contract

$ 11,200.00

Date or dates debt was incurred _____

Last 4 digits of account number

Is the claim subject to offset?
☐ XX No
Yes

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____

Date or dates debt was incurred _____ Last 4 digits of account number

Basis for the claim: _____ Is the claim subject to offset?
    No
    Yes

As of the petition filing date, the claim is:

## Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.34** Nonpriority creditor's name and mailing address

RDW Group, Inc.

225 Dyer Street
Providence, RI 02903

As of the petition filing date, the claim is:
*Check all that apply*
    Contingent
    Unliquidated
    Disputed

Liquidated and neither contingent nor disputed

Basis for the claim: contract

$29,000.00

Date or dates debt was incurred _____
Last 4 digits of account number

Is the claim subject to offset?
☐ XX No
    Yes

**3.35** Nonpriority creditor's name and mailing address

Real Rouillard
25 Katelyn Lane
Southampton, MA 01073

As of the petition filing date, the claim is:
*Check all that apply.*
    Contingent
    Unliquidated
    Disputed

Basis for the claim: contract

$ 520,000.00

Date or dates debt was incurred _____
Last 4 digits of account number

Is the claim subject to offset?
☐XX No
    Yes

**3.36** Nonpriority creditor's name and mailing address

Ryan Shawn
19 Vernon Ave
Neptune City, NJ 07753

As of the petition filing date, the claim is:
*Check all that apply*

    Contingent
    Unliquidated
    Disputed

Basis for the claim: contract

$10,000.00

Date or dates debt was incurred _____
Last 4 digits of account number

Is the claim subject to offset?
☐XX No
    Yes

**3.37** Nonpriority creditor's name and mailing address
Scuderi Group
1111 Elm Street, Suite 33
West Springfield, MA 01089

As of the petition filing date, the claim is:
*Check all that apply*
    Contingent
    Unliquidated
    Disputed

Basis for the claim: contract

$ 350,000.00

Date or dates debt was incurred _____
Last 4 digits of account number

Is the claim subject to offset?
☐XX No
    Yes

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$_____

Date or dates debt was incurred _____ Last 4 digits of account number

Basis for the claim: _____ Is the claim subject to offset?
    No
    Yes

As of the petition filing date, the claim is:

## Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**33ℓ** Nonpriority creditor's name and mailing address

Softworld, Inc.

281 Winter Street, 1ˢᵗ Floor
Waltham, MA 02451

As of the petition filing date, the claim is:
*Check all that apply*
  Contingent
  Unliquidated
  Disputed

$42,100.00

Liquidated and neither contingent nor disputed

Basis for the claim:  contract

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ XX No
    Yes

Last 4 digits of account number

**339** Nonpriority creditor's name and mailing address

Sun Life
P.O. Box 807009
Kansas City, MO 64180

As of the petition filing date, the claim is:
*Check all that apply.*
  Contingent
  Unliquidated
  Disputed

$ 638.88

Basis for the claim: contract

Date or dates debt was incurred _____

Is the claim subject to offset?
☐XX No
    Yes

Last 4 digits of account number

**340** Nonpriority creditor's name and mailing address

Sunbelt Rentals, Inc.
1275 West Mound Street
Columbus, OH 43223

As of the petition filing date, the claim is:
*Check all that apply*

  Contingent
  Unliquidated
  Disputed

$Unknown

Basis for the claim: contract

Date or dates debt was incurred _____

Is the claim subject to offset?
☐XX No
    Yes

Last 4 digits of account number

**341** Nonpriority creditor's name and mailing address
The Hartford Billing Company
P.O. Box 660916
Dallas, TX 75266

As of the petition filing date, the claim is:
*Check all that apply.*
Contingent
Unliquidated
Disputed

$ Unknown

Basis for the claim:  contract

Date or dates debt was incurred _____

Is the claim subject to offset?
☐XX No
    Yes

Last 4 digits of account number

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$

Date or dates debt was incurred _____ Last 4 digits of account number

Basis for the claim: _____ Is the claim subject to offset?
    No
    Yes                                              |

As of the petition filing date, the claim is:

## Additional Page

Copy this page only if more space is needed  Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.42** Nonpriority creditor's name and mailing address

Tom Keeley

614 Old Pond Lane
Norwich, CT 06360

As of the petition filing date, the claim is:
*Check all that apply*
    Contingent
    Unliquidated
    Disputed

    Liquidated and neither contingent nor
    disputed

Basis for the claim:  contract

$13,440.00

Date or dates debt was incurred _____

Last 4 digits of account number

Is the claim subject to offset?
☐ XX No
    Yes

---

**3.43** Nonpriority creditor's name and mailing address

USI Consulting Group, Inc.
90 Glastonbury Blvd, Suite 102
Glastonbury, CT 06033

As of the petition filing date, the claim is:
*Check all that apply*
    Contingent
    Unliquidated
    Disputed

Basis for the claim: contract

$ 5,000.00

Date or dates debt was incurred _____

Last 4 digits of account number

Is the claim subject to offset?
☐XX No
    Yes

---

**3.44** Nonpriority creditor's name and mailing address

William Wrinn
50 Bennet Street South
Gloucester, MA 01930

As of the petition filing date, the claim is
*Check all that apply*

    Contingent
    Unliquidated
    Disputed

Basis for the claim: contract

$23,450.00

Date or dates debt was incurred _____

Last 4 digits of account number

Is the claim subject to offset?
☐XX No
    Yes

---

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply*
    Contingent
    Unliquidated
    Disputed

Basis for the claim:_____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number

Is the claim subject to offset?
☐   No
    Yes

---

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$_____

**List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies , assignees of claims listed *above,* and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next pa ge.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1.
Line
☐ Not listed. Explain _____
— — — —

4.2.
Line
☐ Not listed. Explain _____
— — — —

4.3.
Line
☐ Not listed. Explain _____
— — — —

4.4.
Line
☐ Not listed. Explain _____
— — — —

4I.
Line
☐ Not listed. Explain _____
— — — —

4.5.
Line
☐ Not listed. Explain _____
— — — —

4.6.
Line
☐ Not listed. Explain _____
— — — —

4.7.
Line
☐ Not listed. Explain _____
— — — —

4.8.
Line
☐ Not listed. Explain _____
— — — —

4.9.
Line
☐ Not listed. Explain _____
— — — —

4.10.
Line
☐ Not listed. Explain _____
— — — —

4.11.
Line
☐ Not listed. Explain _____
— — — —

Debtor _____
Name

**Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in **Part 1 or Part 2** is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4. _____
_____
_____

Line _____
Not listed. Explain _____
_____

4. _____
_____
_____

Line _____
Not listed. Explain _____

4. _____
_____
_____

Line _____
☐ Not listed. Explain _____

4._ _____
_____
_____

Line _____
☐ Not listed. Explain _____

4._ _____
_____
_____

Line _____
☐ Not listed. Explain _____

4._ _____
_____
_____

Line _____
☐ Not listed. Explain _____

4 _____
_____
_____

Line _____
☐ Not listed. Explain _____

4. _____
_____
_____

Line _____
Not listed. Explain _____

4 _____
_____
_____

Line _____
Not listed. Explain _____

4. _____
_____
_____

Line _____
Not listed. Explain _____

4._ _____
_____
_____

Line _____
Not listed. Explain _____

4 _____
_____
_____

Line _____
Not listed. Explain _____

4._ _____
_____
_____

Line _____
Not listed. Explain _____

4._ _____
_____
_____

Line _____
Not listed. Explain _____

Debtor _____
      Name

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| | | |
|---|---|---|
| 5a  Total claims from Part 1 | 5a. | $ _0.00_ |
| 5b  Total claims from Part 2 | 5b.   + | $ _2,027,376.72_ |
| 5c  Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ _2,027,376.72_ |

**Fill in this information to identify the case:**

Debtor name  __**ESG Clean Energy LLC**__

United States Bankruptcy Court for the: _____  District

☐ **MA**
(State)

Case number (If known): _____  Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

XX  No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐  Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |

Debtor      ESG Clean Energy LLC                                    Case number (if known)  25-30444-EDK
            Name

███  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._  **State what the contract or lease is for and the nature of the debtor's interest**

  **State the term remaining**

  **List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

  **State the term remaining**

  **List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

  **State the term remaining**

  **List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

  **State the term remaining**

  **List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

  **State the term remaining**

  **List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

  **State the term remaining**

  **List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

  **State the term remaining**

  **List the contract number of any government contract**

**Fill in this information to identify the case:**

Debtor name  **ESG Clean Energy LLC**

United States Bankruptcy Court for the: _____    District of **MA**
                                                                      (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    XX Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 ESG-H2, LLC | 1111 Elm Street, Suite 38 <br> Street <br> <br> West Springfield, MA 01089 <br> City     State     ZIP Code | Collier's | XX D <br> ☐ E/F <br> ☐ G |
| 2.2 ESG-H1, LLC | 1111 Elm Street, Suite 38 <br> Street <br> <br> West Springfield, MA 01089 <br> City     State     ZIP Code | Collier's | XX D <br> ☐ E/F <br> ☐ G |
| 2.3 | Street <br> <br> City     State     ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Street <br> <br> City     State     ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | Street <br> <br> City     State     ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Street <br> <br> City     State     ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor     ESG Clean Energy LLC                  Case number (*if known*)    25-30444-EDK
        Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                            *Column 2:* **Creditor**

| | Name | Mailing address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.__ | _____ | Street _____ _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ | _____ | Street _____ _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ | _____ | Street _____ _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ | _____ | Street _____ _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ | _____ | Street _____ _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ | _____ | Street _____ _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ | _____ | Street _____ _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.__ | _____ | Street _____ _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | ESG Clean Energy LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | 25-30444-EDK |

D Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Income**

**1. Gross revenue from business**

None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2015** to **Filing Date** | ■ Operating a business<br>D Other | **0.00** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>D Other | **300,000.00** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>D Other | **2,000,000.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address<br>SEE ATTACHED LIST | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| | | | |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within **1** year before filing this case on debts owed to an insider or guaranteed

| Debtor | **ESG Clean Energy LLC** | Case number *(if known)* **25-30444-EDK** |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

XX None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case.

   XX None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Colliers v. ESG Clean Energy** | **Civil** | **Suffolk (MA) Superior Court** | XX Pending<br>☐ On appeal<br>Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor   **ESG Clean Energy LLC**                                    Case number *(if known)*  **25-30444-EDK**

---

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets - Real and Personal Property).* | | |

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   D None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ehrhard & Associates, P.C. 27 Mechanics Street, Suite 101 Worcester, MA 01608** | | | **$12,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| | **Scuderi Group** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 1O years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page 3

Debtor    **ESG Clean Energy LLC**                                        Case number *(if known)*  **25-30444-EDK**

---

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
  Yes. Does the debtor serve as plan administrator?

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

| Debtor | **ESG Clean Energy LLC** | Case number *(if known)* **25-30444-EDK** |
|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | **Date of notice** |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | **Date of notice** |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1 ESG-H1, LLC** | **Distributive power plants** | **Dates business existed** |
| **25.2 ESG-H2, LLC** | **Distributive power plants** | |

---

Debtor   **ESG Clean Energy LLC**                                              Case number *(if known)*   **25-30444-EDK**

---

26. **Books, records, and financial statements**

   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Sal Scuderi**<br>**1111 Elm Street**<br>**West Springfield, MA 01089** | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   **Turgeon & Associates, P.C.**

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Sal Scuderi**<br>**1111 Elm Street**<br>**West Springfield, MA 01089** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   **Colliers**

| Name and address |
|---|
| |

27. **Inventories**

   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No

   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any Interest | % of interest, if Any |
|---|---|---|---|
| Nick Scuderi | 1111 Elm Street,<br>West Springfield, MA 01089 | **Manager**<br>Position and nature of any interest | **99.00%**<br>% of interest, if any |

| Name | Address | | |
|---|---|---|---|
| Deborah Scuderi | 1111 Elm Street,<br>West Springfield, MA 01089 | Manager | 1.0% |

---

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

---

Debtor    **ESG Clean Energy LLC**                                    Case number *(if known)*    **25-30444-EDK**

No

**D**    Yes. Identify below.

Debtor ESG Clean Energy LLC    Case 25-30444   Doc 15   Filed 08/19/25   Entered 08/19/25 01:44:20   Desc Main
Document    Page 43 of 44

Case number *(if known)* **25-30444-EDK**

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 Nick Scuderi | $130,000.00 | Continuous | Payroll/salary |
| Relationship to debtor Manager | | | |
| 30.2 Deborah Scuderi | $90,000.00 | Continuous | Payroll/salary |

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

## 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 18, 2025**

**/s/ Nicholas Scuderi**              **Nicholas Scuderi**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

**ESG Clean Energy, LLC**
Main Street Suite 2,1
West Springfield, MA  01089

## Bank Register

### 4/1/2025 To 7/31/2025

| ID# | Src | Date | Memo/Payee | Deposit | Withdrawal |
|---|---|---|---|---|---|
| **1-1127** | | **Berkshire 8891** | | | |
| GJ003107 | GJ | 4/30/2025 | Bank Fees for the Month of | | $342.95 |
| GJ003129 | GJ | 5/31/2025 | Bank Fee for May | | $46.95 |
| GJ003130 | GJ | 6/30/2025 | Bank Fee for June | | $46.95 |
| | | | | $0.00 | $436.85 |
| **1-1128** | | **Berkshire Payroll 9980** | | | |
| GJ003084 | GJ | 4/2/2025 | Transferred to ESG-H2 | | $500.00 |
| GJ003118 | GJ | 4/4/2025 | Isolved payroll fee | | $107.10 |
| GJ003119 | GJ | 4/11/2025 | Isolved Payroll Fee | | $71.10 |
| GJ003098 | GJ | 4/14/2025 | Transferred from ESG-H2 | $70.00 | |
| GJ003120 | GJ | 4/16/2025 | Isolved Payroll Fee | | $71.10 |
| GJ003100 | GJ | 4/25/2025 | Leominster Investor | $100,000.00 | |
| GJ003101 | GJ | 4/25/2025 | Transferred to ESG-H1 | | $20,000.00 |
| GJ003102 | GJ | 4/28/2025 | Transferred to ESG-H1 fro | | $40,000.00 |
| GJ003103 | GJ | 4/29/2025 | Transferred to ESG-H2 | | $1,600.00 |
| GJ003104 | GJ | 4/30/2025 | Transferred to ESG-H1 | | $37,700.00 |
| GJ003121 | GJ | 4/30/2025 | Bank Fee for the Month of | | $173.95 |
| GJ003123 | GJ | 5/8/2025 | Closed out Acct. sent to DI | | $465.58 |
| | | | | $100,070.00 | $100,688.83 |
| **1-1129** | | **Berkshire 5122** | | | |
| GJ003099 | GJ | 4/22/2025 | Transferred from ESG-H2 | $30.00 | |
| GJ003111 | GJ | 4/30/2025 | Bank Fee for April 2025 | | $9.95 |
| GJ003122 | GJ | 5/8/2025 | Close out account.............i | | $43.70 |
| | | | | $30.00 | $53.65 |
| **1-1135** | | **ESG Clean Energy Dip Acct 4702** | | | |
| GJ003124 | GJ | 5/2/2025 | ESG Clean Energy Dip Acc | $50.00 | |
| GJ003125 | GJ | 5/8/2025 | Nick Scuderi | $130.00 | |
| GJ003126 | GJ | 5/8/2025 | Closed out Acct. 9980 to Di | $465.58 | |
| GJ003127 | GJ | 5/8/2025 | Closed out Acct.... 5122 to | $43.70 | |
| GJ003128 | GJ | 5/16/2025 | Harland Clarke Checks | | $122.52 |
| GJ003131 | GJ | 7/8/2025 | Closed out Dip Acct. ..4702 | | $566.76 |
| | | | | $689.28 | $689.28 |